BARBARA A. LAWLESS - Bar # 53195
EMILY K. STEHR - Bar # 289624
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 391-7555
tlawless@lawlesssf.com
estehr@lawlesssf.com

Attorneys for Plaintiff
RODNEY BONACHITA

JOHN M. SKONBERG, Bar No. 069409
ALEXIS A. SOHRAKOFF, BarNo. 273410
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone: (415) 433-1940
Facsimile:  (415) 433-8490
jskonberg@littler.com
asohrakoff@1ittler.com

Attorneys for Defendant
THE CAPITAL MARKETS COMPANY dba
CAPCO

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY BONACHITA, | ) | Case No. C 13-05840 TEH |
| | ) | |
| Plaintiff, | ) | STIPULATION OF DISMISSAL WITH |
| | ) | PREJUDICE |
| vs. | ) | |
| | ) | |
| THE CAPITAL MARKETS COMPANY DBA CAPCO and DOES ONE through FIFTY, inclusive, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Honorable Thelton E. Henderson |

---

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. C 13–05840 TEH                                                                                                                  -1-

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to FRCP 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own attorneys fees and costs.

DATED:  May 22, 2014                                LAWLESS & LAWLESS

                                                    By:       /s/ Barbara A. Lawless
                                                        Barbara A. Lawless
                                                        Emily K. Stehr
                                                        Attorneys for Plaintiff

DATED:  May  28 , 2014                              LITTLER MENDELSON, P.C.

                                                    By:     /s/ Alexis A. Sohrakoff
                                                        John M. Skonberg
                                                        Alexis A. Sohrakoff
                                                        Attorneys for Defendant



05/28/2014
IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. C 13–05840 TEH                                                                 -2-